AO 442 (Rev. 11/11) (modified) Arrest Warrant

**FILED** FID 11156726

AUG 17 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

GRAHAM WINTERS HETTINGER

Case No. 2:20-mj-0121 DB

UNSEALED

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GRAHAM WINTERS HETTINGER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 841(a)(1) and 846 - Drug Distribution and Conspiracy

Date: 08/07/2020

City and state: Sacramento, California

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* 8/11/20, and the person was arrested on *(date)* 8/11/20
at *(city and state)* San Francisco, Ca.

Date: 8/14/20

_____ for DHS
*Arresting officer's signature*

P. M'Kovl, United States Magistrate Judge
*Printed name and title*