1  MCGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:20-MJ-00121-DB

12                     Plaintiff,         AMENDED FINDINGS AND ORDER
                                          EXTENDING TIME FOR PRELIMINARY
13              v.                        HEARING PURSUANT TO RULE 5.1(d) AND
                                          EXCLUDING TIME
14  GRAHAM WINTERS HETTINGER,
                                          DATE: August 25, 2020
15                     Defendant.         TIME: 2:00 p.m.
                                          COURT: Hon.
16

17          The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

18  Pursuant to Rule 5.1(d), filed by the parties in this matter on August 21, 2020.  The Court hereby finds

19  that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause

20  for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of

21  Criminal Procedure.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to November 10, 2020, at 2:00 p.m.

2. Defendant shall appear at that date and time before the Magistrate Judge on duty.

3. The time by which the government shall be required to present an indictment in this matter under the Speedy Trial Act shall be excluded between August 20, 2020, and November 10, 2020, be excluded pursuant to 18 U.S.C. § 3161(b) & (h)(7)(A), (B)(iv), Local Code T-4

IT IS SO ORDERED.

Dated:  August 24, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE