1  MCGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00121-DB |
|---|---|
12 | Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
13 | v. | |
14 | GRAHAM WINTERS HETTINGER, | DATE: January 26, 2021 |
15 | Defendant. | TIME: 2:00 p.m.  COURT: Hon. |

16

17     The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

18 Pursuant to Rule 5.1(d), filed by the parties in this matter on January 20, 2021.  The Court hereby finds

19 that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause

20 for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of

21 Criminal Procedure.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

[PROPOSED] FINDINGS AND ORDER                         1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 15, 2021, at 2:00 p.m.

2. Defendant shall appear at that date and time before the Magistrate Judge on duty.

3. The time by which the government shall be required to present an indictment in this matter under the Speedy Trial Act shall be excluded between January 26, 2021 and June 15, 2021 be excluded pursuant to 18 U.S.C. § 3161(b) & (h)(7)(A), (B)(iv), Local Code T-4

IT IS SO ORDERED.

Dated:  January 25, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE