# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| UNITED STATES<br>Plaintiff (s),<br>V.<br>GRAHAM HETTINGER<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:20-mj-00121-DB |

Notice is hereby given that, subject to approval by the court, __GRAHAM HETTINGER__ substitutes
(Party (s) Name)

__Patrick K. Hanly__, State Bar No. __128521__ as counsel of record in place
(Name of New Attorney)

place of __Olaf Hedberg__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Office of Patrick K. Hanly |
| Address: | 455 Capitol Mall #325 |
| Telephone: | 916-773-2211   Facsimile |
| E-Mail (Optional): | |

I consent to the above substitution.

Date: August 1, 2021                    /s/ Graham Hettinger
                                         Graham Hettinger
                                         (Signature of Party (s))

I consent to being substituted.

Date: August 1, 2021                    /s/ Olaf Hedberg
                                         Olaf Hedberg
                                         (Signature of Former Attorney (s))

I consent to the above substitution.

Date: August 1, 2021                    /s/ Patrick K. Hanly
                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 4, 2021                    _[signature]_
                                         HONOROABLE U.S. MAGISTRATE JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**